UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
SOUTHEASTERN SOLUTIONS SES INC.,

                 Plaintiff,

        -against-

ICON REALTY NY CORP.; HOLLYWOOD STYLZE
SALON, LLC; RANCH MINI MARKET & DELI INC.;
V.I.P. NAILS SALON BY LINDA, INC.; THE CITY OF
NEW YORK, ENVIRONMENTAL CONTROL BOARD;
FLAGSTAR BANK, N.A. as Successor in Interest
To New York Community Bank,

                 Defendants.
-------------------------------------------------------------------X

1:24-cv-08995
(AKH)(VF)

NOTICE OF
MOTION

      PLEASE TAKE NOTICE, that upon the annexed Declaration of Richard S. Naidich dated February 13, 2025; and upon the exhibits annexed thereto; and upon the Defendant's Memorandum of Law dated February 13, 2025; and upon all of the prior papers and proceedings heretofore had herein, the undersigned will move the United States District Court for the Southern District of New York, before the Hon. Alvin K. Hellerstein, at the United States Courthouse located at 500 Pearl Street, New York, New York, Room 14D, on the 5th day of March, 2025, for an Order:

    A.    Dismissing this action in its entirety due to lack of subject matter jurisdiction, pursuant to FRCP Rules 12(b)(1), 12 (c), 12(h), and 28 U.S.C. §1332;

    B.    Cancelling the Notice of Pendency dated November 25, 2024 and filed in the Office of the County Clerk of Bronx County on December 5, 2024 pursuant to CPLR §§ 6501 and 6514; and

      C.    Granting the defendant such other and further relief as to the Court may seem just and proper.

Dated: Great Neck, New York
          February 13, 2025

                                              Yours, etc.

                                              NAIDICH WURMAN LLP

                                              By: _____
                                                     RICHARD S. NAIDICH
                                              Attorneys for Defendant
                                              Icon Realty NY Corp.
                                              111 Great Neck Road, Ste. 214
                                              Great Neck, NY 11021
                                              (516) 498-2900

TO:    SHIRYAK, BOWMAN, ANDERSON, GILL
          & KADOCHNIKOV LLP
          Attorneys for Plaintiff
          80-02 Kew Gardens Road Ste. 600
          Kew Gardens, NY 11415
          (718) 577-3261

          FLAGSTAR BANK N.A.
          Defendant
          102 Duffy Avenue
          Hicksville, NY 11801

          HOLLYWOOD STYLZE SALON LLC
          Defendant
          2729 White Plains Road
          Bronx, NY 10467

          RANCH MINI MARKET & DELI, INC.
          Defendant
          2739 White Plains Road
          Bronx, NY 10467

          V.I.P. NAILS SALON BY LINDA, INC.
          Defendant
          2727 White Plains Road
          Bronx, NY 10467

THE CITY OF NEW YORK
ENVIRONMENTAL CONTROL BOARD
Defendant
3030 Third Avenue
Room 250
Bronx, NY 10455