**Exhibit "B"**

Demand to furnish itemized statement

To:

Southeastern Solutions, SES Inc., Lienor
111 Town Square Place, Suite 1201
Jersey City, New Jersey 07310

PLEASE TAKE NOTICE that:

1. Pursuant to Lien Law §38 of the State of New York, the undersigned demands that you deliver to the undersigned, Maurice Elmalem/Icon Realty NY Corp. c/o Naidich Wurman LLP, 111 Great Neck Road, Suite 214, Great Neck, New York 11021, a written statement verified by you setting forth the terms of labor or materials and the value thereof that make up the amount for which you claim a lien, and also the terms of the contract under which such items were furnished. The mechanics' lien referred to was filed by you as lienor in the sum of $22,771.00 on the 18th day of September, 2024 in the Office of the Clerk of Bronx County against Maurice Elmalem/Icon Realty NY Corp., as owner and against property therein described as follows: 684 Britton Street and 2727 White Plains Road, County of Bronx, Block 4508, Lot 23.

2. Such statement must be delivered to the undersigned within ten days after the service of this demand on you, and in default of your compliance, the undersigned will proceed in accordance with the provisions of Lien Law §38.

Dated: Great Neck, New York
       November 12, 2024

_____  11-13-24.
Maurice Elmalem/Icon Realty NY Corp.
Owner named on lien

Demand to furnish itemized statement

To:

Southeastern Solutions, SES Inc., Lienor
111 Town Square Place, Suite 1201
Jersey City, New Jersey 07310

PLEASE TAKE NOTICE that:

1. Pursuant to Lien Law §38 of the State of New York, the undersigned demands that you deliver to the undersigned, Maurice Elmalem/Icon Realty NY Corp. c/o Naidich Wurman LLP, 111 Great Neck Road, Suite 214, Great Neck, New York 11021, a written statement verified by you setting forth the terms of labor or materials and the value thereof that make up the amount for which you claim a lien, and also the terms of the contract under which such items were furnished. The mechanics' lien referred to was filed by you as lienor in the sum of $3,320.00 on the 18th day of September, 2024 in the Office of the Clerk of Bronx County against Maurice Elmalem/Icon Realty NY Corp., as owner and against property therein described as follows: 684 Britton Street and 2727 White Plains Road, County of Bronx, Block 4508, Lot 23.

2. Such statement must be delivered to the undersigned within ten days after the service of this demand on you, and in default of your compliance, the undersigned will proceed in accordance with the provisions of Lien Law §38.

Dated: Great Neck, New York
November 12, 2024

*[signature]* 11-13-24

Maurice Elmalem/Icon Realty NY Corp.
Owner named on lien

Demand to furnish itemized statement

To:

Southeastern Solutions, SES Inc., Lienor
111 Town Square Place, Suite 1201
Jersey City, New Jersey 07310

PLEASE TAKE NOTICE that:

1. Pursuant to Lien Law §38 of the State of New York, the undersigned demands that you deliver to the undersigned, Maurice Elmalem/Icon Realty NY Corp. c/o Naidich Wurman LLP, 111 Great Neck Road, Suite 214, Great Neck, New York 11021, a written statement verified by you setting forth the terms of labor or materials and the value thereof that make up the amount for which you claim a lien, and also the terms of the contract under which such items were furnished. The mechanics' lien referred to was filed by you as lienor in the sum of $70,006.63 on the 18th day of September, 2024 in the Office of the Clerk of Bronx County against Maurice Elmalem/Icon Realty NY Corp., as owner and against property therein described as follows: 684 Britton Street and 2727 White Plains Road, County of Bronx, Block 4508, Lot 23.

2. Such statement must be delivered to the undersigned within ten days after the service of this demand on you, and in default of your compliance, the undersigned will proceed in accordance with the provisions of Lien Law §38.

Dated: Great Neck, New York
November 12, 2024

_____  11-12-24.
Maurice Elmalem/Icon Realty NY Corp.
Owner named on lien

Demand to furnish itemized statement

To:

Southeastern Solutions, SES Inc., Lienor
111 Town Square Place, Suite 1201
Jersey City, New Jersey 07310

PLEASE TAKE NOTICE that:

1. Pursuant to Lien Law §38 of the State of New York, the undersigned demands that you deliver to the undersigned, Maurice Elmalem/Icon Realty NY Corp. c/o Naidich Wurman LLP, 111 Great Neck Road, Suite 214, Great Neck, New York 11021, a written statement verified by you setting forth the terms of labor or materials and the value thereof that make up the amount for which you claim a lien, and also the terms of the contract under which such items were furnished. The mechanics' lien referred to was filed by you as lienor in the sum of $24,550 on the 18th day of September, 2024 in the Office of the Clerk of Bronx County against Maurice Elmalem/Icon Realty NY Corp., as owner and against property therein described as follows: 684 Britton Street and 2727 White Plains Road, County of Bronx, Block 4508, Lot 23.

2. Such statement must be delivered to the undersigned within ten days after the service of this demand on you, and in default of your compliance, the undersigned will proceed in accordance with the provisions of Lien Law §38.

Dated: Great Neck, New York
       November 12, 2024

_____, 11-13-24
Maurice Elmalem/Icon Realty NY Corp.

Demand to furnish itemized statement

To:

Southeastern Solutions, SES Inc., Lienor
111 Town Square Place, Suite 1201
Jersey City, New Jersey 07310

PLEASE TAKE NOTICE that:

1. Pursuant to Lien Law §38 of the State of New York, the undersigned demands that you deliver to the undersigned, Maurice Elmalem/Icon Realty NY Corp. c/o Naidich Wurman LLP, 111 Great Neck Road, Suite 214, Great Neck, New York 11021, a written statement verified by you setting forth the terms of labor or materials and the value thereof that make up the amount for which you claim a lien, and also the terms of the contract under which such items were furnished. The mechanics' lien referred to was filed by you as lienor in the sum of $22,980.00 on the 18th day of September, 2024 in the Office of the Clerk of Bronx County against Maurice Elmalem/Icon Realty NY Corp., as owner and against property therein described as follows: 684 Britton Street and 2727 White Plains Road, County of Bronx, Block 4508, Lot 23.

2. Such statement must be delivered to the undersigned within ten days after the service of this demand on you, and in default of your compliance, the undersigned will proceed in accordance with the provisions of Lien Law §38.

Dated: Great Neck, New York
November 12, 2024

_____   11-13-24
Maurice Elmalem/Icon Realty NY Corp.
Owner named on lien



Certified Mail Receipt addressed to: Southeastern Dolphins USES, 111 Town Square Place, Jersey City, NJ 07310

Tracking: 7016 0910 0001 0566 8295