**Exhibit "C"**

## Icon Realty NY Corp Lien Itemization

| Date | Description | Labor (Amount of people) | Price per hour | Amount of Hours | Use fee (per day)/Price per item | Quantity | Amount of days | Total |
|---|---|---|---|---|---|---|---|---|
| 7/7/2024 | Removing hazardous debris and boarding | 6 | $ 200.00 | 10 | | | | $ 12,000.00 |
| 7/8/2024 | Removal of glass, boarding the windows, repairing the roof | 6 | $ 200.00 | 12 | | | | $ 14,400.00 |
| 7/9/2024 | Removal of tarp, boarding the windows, repairing the roof | 4 | $ 200.00 | 8 | | | | $ 6,400.00 |
| 7/8/2024 | Air scrubbers | | | | $ 240.00 | 6 | | $ 7,200.00 |
| 7/8/2024 | Hydroxyl | | | | $ 350.00 | 4 | | $ 7,000.00 |
| 7/8/2024 | Water Extraction | | | | $ 750.00 | 1 | | $ 750.00 |
| 7/8/2024 | Dehumidifiers | | | | $ 150.00 | 4 | | $ 3,000.00 |
| 7/8/2024 | Air Movers (ask) | | | | $ 55.00 | 20 | | $ 6,600.00 |
| 7/8/2024 | Plywood | | | | $ 130.00 | 30 | | $ 3,900.00 |
| 7/7/2024 | Dumpster | | | | $ 3,500.00 | 1 | | $ 3,500.00 |
| 7/7/2024 | PPE Filters | | | | $ 50.00 | 15 | | $ 750.00 |
| 7/7/2024 | Gloves/PPE Masks | | | | | 14 | | $ 200.00 |
| | Subtotal | | | | | | | $ 64,300.00 |
| | Tax | | | | | | | $ 5,766.63 |
| | Total | | | | | | | $ 70,066.63 |

## Ranch Mini Market & Deli Inc. Lien Itemization

| Date | Description | Labor (Amount of people) | Price per hour | Amount of Hours | Use fee (per day)/Price per item | Quantity | Amount of days | Total |
|---|---|---|---|---|---|---|---|---|
| 7/7/2024 | Removing hazardous debris and boarding | 5 | $ 200.00 | 10 | | | | $ 10,000.00 |
| 7/8/2024 | Disposal of Debris | | | | | | | |
| | Dumpster | | | | $ 1,500.00 | 1 | | $ 1,500.00 |
| | PPE | | | | | | | $ 300.00 |
| | Subtotal | | | | | | | $ 16,000.00 |
| | Discount | | | | | | | $ (3,320.00) |
| | Payment Received | | | | | | | $ (11,328.60) |
| | Tax | | | | | | | $ 1,178.60 |
| | Total | | | | | | | $ 3,230.00 |

## VIP Nails Salon By Linda, Inc. Lien Itemization

| Date | Description | Labor (Amount of people) | Price per hour | Amount of Hours | Use fee (per day)/Price per item | Quantity | Amount of days | Total |
|---|---|---|---|---|---|---|---|---|
| 7/9/2024 | Fire and smoke damage assessment | | | | $ 300.00 | 1 | | $ 300.00 |
| 7/14/2024 | Set up HEPA VAC Equipment/Dry Mop/Cold Fog | 4 | $ 200.00 | 12 | | | | $ 9,600.00 |
| 7/12/2024 | Hydroxyl | | | | $ 350.00 | 4 | 4 | $ 5,600.00 |
| 7/12/2024 | Air Scrubbers/Air Movers | | | | $ 240.00 | 4 | 5 | $ 4,800.00 |
| 7/14/2024 | Decontamination/Cleaning Carpet Removal, duct and exhaust | 4 | $ 200.00 | 12 | | | | $ 9,600.00 |
| 7/14/2024 | cleaning | 4 | $ 200.00 | 12 | | | | $ 9,600.00 |
| 7/14/2024 | Replace carpet, paint shop with Kilz | 4 | $ 200.00 | 12 | | | | $ 9,600.00 |
| | Subtotal | | | | | | | $ 49,100.00 |
| | Discount | | | | | | | $ (24,550.00) |
| | Tax | | | | | | | $ 2,178.81 |
| | Total | | | | | | | $ 26,728.81 |

## Hollywood Stylze Salon LLC Lien Itemization

| Date | Description | Labor (Amount of people) | Price per hour | Amount of Hours | Use fee (per day)/Price per item | Quantity | Amount of days | Total |
|---|---|---|---|---|---|---|---|---|
| 7/7/2024 | Fire and smoke damage assessment | | | | $ 300.00 | 1 | | $ 300.00 |
| 7/11/2024 | Set up HEPA VAC Equipment/Dry Mop/Cold Fog | 4 | $ 200.00 | 12 | | | | $ 9,600.00 |
| 7/11/2024 | Hydroxyl | | | | $ 350.00 | 4 | 4 | $ 5,600.00 |
| 7/11/2024 | Air Scrubbers | | | | $ 240.00 | 3 | 5 | $ 3,600.00 |
| 7/9/2024 | Cleaning/decontamination | 4 | $ 200.00 | 12 | | | | $ 9,600.00 |
| 7/9/2024 | Paint shop with Kilz | 4 | $ 200.00 | 12 | | | | $ 9,600.00 |
| | Subtotal | | | | | | | $ 38,300.00 |
| | Discount | | | | | | | $ (22,980.00) |
| | Tax | | | | | | | $ 1,359.65 |
| | Total | | | | | | | $ 16,679.65 |

## VERIFICATION

**Obinna Anode** being duly sworn, says that deponent is the **Officer** of **Southeastern Solutions SES Inc.**, herein, that deponent has read the foregoing itemized statement enclosed as **EXHIBIT B** and knows the contents thereof, and that the same is true to deponent's own knowledge, except as to the matters therein stated to be alleged upon information and belief, and that as to those matters deponent believes it to be true. The reason why this verification is made by deponent is that deponent is an officer, to wit, the **Officer** of **Southeastern Solutions SES Inc.** and deponent is familiar with the facts and circumstances herein.

The sources of deponent's information and the grounds of deponent's belief as to all matters not therein stated upon deponent's knowledge are as follows: personal knowledge.

I affirm this December 18, 2024, under the penalties of perjury under the laws of New York, which may include a fine or imprisonment, that the foregoing is true, and I understand that this document may be filed in an action or proceeding in a court of law.

/s/Anode

_____

Obinna Anode Officer