Exhibit "D"

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SOUTHEASTERN SOLUTIONS SES INC.,

           Plaintiff

           -against-

ICON RELATY NY CORP.; HOLLYWOOD STYLZE SALON, LLC.; RANCH MINI MARKET & DELI INC.; V.I.P. NAILS SALON BY LINDA, INC.; THE CITY OF NEW YORK ENVIRONMENTAL CONTROL BOARD; FLAGSTAR BANK, N.A. as Successor in Interest to New York Community Bank

           Defendants.

Docket # Case 1:24-cv-08995

**NOTICE OF PENDENCY**

---

**NOTICE IS HEREBY GIVEN**, than an action has been commenced and is pending in the United States District Court for the Southern District of New York upon a complaint of the above-names plaintiff against above-named defendants for the foreclosure of a mechanic's lien against ICON REALTY NY CORP.; HOLLYWOOD STYLZE SALON, LLC; RANCH MINI MARKET & DELI INC.; V.I.P. NAILS SALON BY LINDA, INC.; THE CITY OF NEW YORK ENVIRONMENTAL CONTROL BOARD; FLAGSTAR BANK, N.A. as Successor in Interest to New York Community Bank., which lien is in the sum of $143,627.84.

**AND NOTICE IS FURTHER GIVEN,** that the lien premises affected by the said foreclosure action were at the time of commencement of said action and at the time of filing of this notice situated in Block 4508, Lot 23 on the Tax Map of the Borough of Bronx in County of Bronx and in the state of New York. [1]

Dated:         Kew Gardens, NY
                   November 25, 2024

---

[1] See Schedule A for metes and bounds description.

*[signature: Kcedar]*

_____
**Alexander Kadochnikov**
Shiryak, Bowman, Anderson, Gill & Kadochnikov, LLP
*Attorney for the Plaintiff*
80-02 Kew Gardens Rd, Suite 600
Kew Gardens, NY 11415
718-577-3261
akadochnikov@sbagk.com

## TO THE CLERK OF THE COUNTY OF BRONX

You are hereby directed to index this notice to the name of the Defendants, ICON REALTY NY CORP.; HOLLYWOOD STYLZE SALON, LLC; RANCH MINI MARKET & DELI INC.; V.I.P. NAILS SALON BY LINDA, INC.; THE CITY OF NEW YORK ENVIRONMENTAL CONTROL BOARD; FLAGSTAR BANK, N.A. as Successor in Interest to New York Community Bank.

*[signature: Kcedar]*

_____
**Alexander Kadochnikov**
Shiryak, Bowman, Anderson, Gill & Kadochnikov, LLP
*Attorney for the Plaintiff*
80-02 Kew Gardens Rd, Suite 600
Kew Gardens, NY 11415
718-577-3261
akadochnikov@sbagk.com

Schedule A

All that certain plot, piece or parcel of land, with the buildings and improvements thereon erected, situated lying and being in the Borough and County of Bronx, City and State of New York, bounded and described as follows:

BEGINNING at the Southwesterly corner of Britton Street and White Plains Road; running thence

SOUTHERLY along the Westerly side of White Plains Road, 100 feet; thence

WESTERLY and parallel with Britton Street, 100 feet; thence

NORTHERLY and parallel with White Plain Road, 100 feet to the Southerly side of Britton Street; and thence

EASTERLY along the same, 100 feet to the point or place of BEGINNING.

```
Bronx County Clerk's Office
Pavm 2041578 12/05/2024 3:20p
Cashier Id 110 Register # 2

Tr.2992510
NOTICE OF PENDENCY              $35.00
NOTICE OF PENDENCY document filed for BLOCK
4508 LOT 23 - Search Ctrl #. SD48323

Total:
                                $35.00
Check
                                $35.00
```