Exhibit "F"

UNITED STATED DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SOUTHEASTERN SOLUTIONS SES INC.,

                Plaintiff

Docket #1:24-cv-08995

-against-

**REPLY TO COUNTERCLAIMS**

ICON REALTY NY CORP.; HOLLYWOOD STYLZE SALON, LLC; RANCH MINI MARKET & DELI INC.; V.I.P. NAILS SALON BY LINDA, INC.; THE CITY OF NEW YORK ENVIRONMENTAL CONTROL BOARD; FLAGSTAR BANK, N.A. as Successor in Interest to New York Community Bank

                Defendants.

Plaintiff, by its attorneys, Shiryak, Bowman, Anderson, Gill & Kadochnikov, LLP hereby replies to Defendant Icon ("Icon") Realty NY Corp as follows:

1. Paragraph 80 of Plaintiff's counterclaim contains a quote of the statute to which no response is required.

2. Plaintiff denies the allegations contained in Paragraph 81 of Icon's counterclaim.

3. Plaintiff denies the allegations contained in Paragraph 82 of Icon's counterclaim.

**WHEREFORE**, Plaintiff demands judgment against Defendants as follows:

a) Judgment for the relief stated in Plaintiff's complaint.

b) Dismissal of Icon's Counterclaim.

c) That plaintiff may have such other and further relief as may be just and equitable.

Dated: Kew Gardens, New York
February 4, 2025

*[signature]*

**Alexander Kadochnikov**
Shiryak, Bowman, Anderson, Gill & Kadochnikov, LLP
*Attorney for the Plaintiff*
80-02 Kew Gardens Rd, Suite 600
Kew Gardens, NY 11415
718-577-3261
akadochnikov@sbagk.com

## CERTIFICATE OF SERVICE

Richard S. Naidich, an attorney duly admitted in the United States District Court for the Southern District of New York hereby certifies that on February 13, 2025 I served a copy of the within Notice of Motion, Declaration, exhibits and Memorandum of Law upon counsel for plaintiff via ecf and upon all other defendants, none of whom have appeared by United States Mail postage prepaid.

_____
RICHARD S. NAIDICH