CERTIFICATE OF SERVICE

Richard S. Naidich, an attorney duly admitted in the United States District Court for the Southern District of New York hereby certifies that on February 13, 2025 I served a copy of the within Notice of Motion, Declaration, exhibits and Memorandum of Law upon counsel for plaintiff via ecf and upon all other defendants, none of whom have appeared by United States Mail postage prepaid.

_____
RICHARD S. NAIDICH