**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
SOUTHEASTERN SOLUTIONS SES INC.,

                           Plaintiff,

      -against-                                  24 **CIVIL** 8995 (AKH)

                                                      <u>**JUDGMENT**</u>

ICON REALTY NY CORP. ET AL,

                           Defendant.
-----------------------------------------------------------------X

           It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons
stated in the Court's Order dated May 06, 2025, Defendants' motion to dismiss is granted;
accordingly, the case is closed.

**Dated:**  New York, New York

       May 6, 2025

                                          **TAMMI M HELLWIG**
                            _____
                                      **Clerk of Court**

         **BY:**

                                    **Deputy Clerk**